UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

IBEW Local Union No. 102, et al.                                    INDEX NUMBER: 2:23-CV-21699

                                            vs                              *Plaintiff*

Tru Val Electric Corp.

                                                                         *Defendant*

## AFFIDAVIT OF SERVICE

State of New Jersey }
County of Bergen } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in the state of New Jersey,

That on **11/08/2023** at **12:03 PM** at **85 Orient Way, Rutherford, NJ 07070**

deponent served a(n) **Summons in a Civil Action and Complaint**

on **Tru Val Electric Corp. ,**

by delivering thereat a true copy of each to **Eduardo Castro** personally, who stated that he/she is **authorized to accept service** thereof.

Description of Person Served:
Gender : Male
Skin : Hispanic
Hair : Black
Age : 22 - 35 Yrs.
Height : 5' 4" - 5' 8"
Weight :161-200 Lbs.
Other :

Sworn to before me this
10 day of November, 2023

_____
NOTARY PUBLIC

                                                                Justin Andrzejewski

Serving By Irving, Inc. | 18 East 41st Street, Suite 1600 | New York, NY 10017
New York City Dept. of Consumer Affairs License No. 0761160