# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **LAW OFFICES OF TIMOTHY R. HOTT, P.C.**<br>26910 Grand Central Parkway Suite 11A<br>Floral Park, New York 11005<br>Telephone (201) 240-4498<br>Facsimile (631) 980-3650<br>Timothy R. Hott, Esq. (TH 6729)<br>Email: TimHott@Gmail.com<br>Attorney for the Plaintiffs | **SO ORDERED:**<br><br>_s/Jamel K. Semper_<br>**Hon. Jamel K. Semper, U.S.D.J.**<br>**Dated: May 7, 2024** |
| IBEW Local Union No. 102, etc., et al<br><br>                _Plaintiff(s)_<br>vs.<br><br>Tru Val Electric Corp.<br>28 Orient Way<br>Rutherford, New Jersey 07070<br><br>                _Defendant(s)_ | <u>CIVIL ACTION</u><br><br>CIVIL ACTION NO.<br>2:23-cv-21699<br>(JKS) (JRA)<br>**STIPULATION OF<br>SETTLEMENT AND DISMISSAL,<br>WITHOUT PREJUDICE** |

The parties hereinabove having settled the issues in dispute hereby stipulate and agree that this matter be and hereby is settled and dismissed, without prejudice and with each party bearing their own costs.

Dated: 05-02-2024

By _Timothy R. Hott_
TIMOTHY R. HOTT, ESQ.
Attorney for Plaintiffs

Dated: 05-02-2024

BY _S/STEVEN KEPPLER_
STEVEN KEPPLER, ESQ.
Attorney for Defendant